NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5097

JOHN DACOSTA,

Plaintiff-Appellant,

and

N.B. SALTY MILLER,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in case no. 09-CV-558, Judge George W. Miller.

ON MOTION

ORDER

The appellants submit a "petition for confidentiality for informants." The United States moves for an extension of time, until May 19, 2010, to file its brief. The appellants oppose.

To the extent that the appellants' petition includes arguments about the merits of this case, such arguments should be included in the briefs if appropriate.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The appellants' petition is denied.

(2)    The United States' motion is granted.

FOR THE COURT

<u>MAY 1 2 2010</u>
Date

cc:  John DaCosta
     N.B. Salty Miller
     Karen Gregory, Esq.
s8

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 2 2010

JAN HORBALY
CLERK

2010-5097                    - 2 -